UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIK LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>MILLENNIUM CAPITAL AND RECOVERY CORPORATION, et al.,<br><br>    Defendants. | Case No. 16-cv-03195-EMC<br><br>**ORDER TO SHOW CAUSE** |

On January 18, 2018, the Court held a further case management conference for which Plaintiff did not appear. Plaintiff informed the Court by email that he would not appear for the conference and intended to dismiss the case. At the conference, the Court noted that, if Plaintiff did not file a dismissal by January 25, 2018, it would issue an order to show cause as to why the case should not be dismissed based on Plaintiff's multiple violations of the Court's orders and Plaintiff's failure to prosecute. Plaintiff did not file a dismissal by January 25. Accordingly, the Court now issues this order to show cause.

More specifically, Plaintiff is hereby ordered to show cause as to why his case should not be dismissed, without prejudice, based on his failure to comply with Court orders and his failure to prosecute the case. Plaintiff must file a response to this order to show cause by March 22, 2018. Plaintiff is forewarned that, if he does not file a response by this date, then his case shall automatically be dismissed and the Clerk of the Court shall close the file in the case.

**IT IS SO ORDERED**.

Dated: March 2, 2018

_____
EDWARD M. CHEN
United States District Judge